In re:  
Vincent A Cuddeford  
    Debtor

Case No. 11-05242-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: TWilson     Page 1 of 1     Date Rcvd: Oct 18, 2016  
                 Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.  
db         +Vincent A Cuddeford, II,    820 6th St.,    Weatherly, PA 18255-1555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:

         Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association Bkmail@rosicki.com  
         Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com  
         Celine P DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com  
         Chandra Marie Arkema    on behalf of Creditor    Capital One Auto Finance pabk@logs.com  
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
         John DiBernardino    on behalf of Debtor Vincent A Cuddeford, II diberlaw@ptd.net  
         Joseph P Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com  
         Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com  
         Lorraine Gazzara Doyle    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP LDoyle@udren.com, vbarber@udren.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                  TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Vincent A Cuddeford II  
aka Vincent Albert Cuddeford II, fdba VAC Logistics, Inc.  
820 6th St.  
Weatherly, PA 18255

Chapter 13  
Case No. 5:11−bk−05242−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−7307  
20−0507231

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 18, 2016

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: TWilson, Deputy Clerk